IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-00903-PAB-BNB

JEAN STEELE, as the widow of Irvin J. Steele, and
MICHAEL STEELE, as Personal Representative of the Estate of Irvin J. Steele,

Plaintiffs,

v.

PRIDE MOBILITY PRODUCTS CORPORATION, and
VISCOUNT VEHICLE SHENZHEN CO., LTD.,

Defendants.

_____

## ORDER
_____

This matter arises on the parties **Stipulated Motion to Resolve Protective Order Disagreement** [Doc. # 14, filed 8/27/2012] (the "Motion").

The procedure proposed by the plaintiffs for execution of a "written acknowledgment" provides adequate protection of confidential information and is the procedure normally utilized in connection with blanket protective orders entered in this district. Accordingly, the parties should include in their proposed blanket protective order the "Plaintiffs' proposed language" contained in Exhibit #1 to the Motion.

SO ORDERED.

Dated August 28, 2012.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge