IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00903-PAB-BNB

JEAN STEELE, as the widow of Irvin J. Steele, and
MICHAEL STEELE, as Personal Representative of the Estate of Irvin J. Steele,

Plaintiffs,

v.

PRIDE MOBILITY PRODUCTS CORPORATION, and
VISCOUNT VEHICLE SHENZHEN CO., LTD.,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Pride Mobility Products Company's Motion for Clarification of Court's November 15, 2012 Order Regarding Extension of Time for Expert Disclosures** [docket no. 23, filed November 16, 2012] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the plaintiff shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **December 17, 2012**; the defendant shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **February 11, 2013**; and the parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **March 8, 2013**.

DATED:  November 19, 2012